Form 5 - SUITABLE WITH MAILING

P276236

**JON L NORINSBERG ESQ**   JON L NORINSBERG ESQ
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK
--------------------------------------------------------
GERARD WILLIAMS
                                              PLAINTIFF
                    - vs -
THE CITY OF NEW YORK, ETAL
                                              DEFENDANT
--------------------------------------------------------

index No. **12-CV-4394-ENV- RER**
Date Filed
Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**ERIC GOLDKLANK** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **24TH** day of **MAY, 2013 12:47 PM** at
   **C/O JOINT TASK FORCE 26 FEDERAL PLAZA, 23RD FLOOR**
   **NEW YORK NY 10013**
I served the **AMENDED SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT**
upon **DETECTIVE THOMAS DONAHUE, SHIELD NO. 481**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **SGT. (JOHN) CAMBRIA, CO-WORKER WHO REFUSED FULL NAME**
a person of suitable age and discretion.
         Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

         SEX: **MALE**   COLOR: **WHITE**   HAIR: **BLONDE**
         APP.AGE: **45** APP. HT: **5/10** APP. WT: **200**
         OTHER IDENTIFYING FEATURES
         **glasses**


On **05/28/2013** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT**.

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:


Sworn to before me this
28TH day of MAY, 2013

SHAWN D FORBES
Notary Public, KINGS COUNTY
  01FO6275296
Qualified in KINGS COUNTY
Commission Expires 01/28/2017

ERIC GOLDKLANK 1296914
Empire Lawyers Service, LLC
d/b/a Aetna Judicial Service
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-JLN-276236